Sima G. Aghai, SBN 156354
LAW OFFICES OF SIMA G. AGHAI
12362 Beach Boulevard, Suite 21
Stanton, California 90680
(714) 901-1222
(714) 901-1220 (F)
simaaghai@msn.com
Attorney for Plaintiff NEDA BAIG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEDA BAIG, | CASE NO. 4:21-cv-01839-HSG |
| Plaintiff, | |
| v. | **ORDER** |
| KILOLO KIJAKAZI[1], Acting Commissioner of Social Security, | |
| Defendant | |

    Based on Plaintiff's Motion for Extension of Time to File Plaintiff's Motion for Summary Judgement, IT IS ORDERED that Plaintiff's shall have until December 15, 2021 to file his Motion for Summary Judgment.

Dated: 10/7/2021

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).